UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES HARRIGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:22-cv-01384-JLT-BAM<br><br>**ORDER GRANTING AMENDED STIPULATION FOR AN EXTENSION OF TIME**<br><br>(Doc. 13) |

On January 25, 2023, the parties filed an amended stipulation to extend the time for Defendant Commissioner of Social Security ("Commissioner") to respond to the complaint. The Commissioner explains that the certified administrative transcript is not yet available in this case. Once the administrative transcript arrives, the Commissioner will need to review it for defects before submitting it. (Doc. 13.)

Having considered the parties' stipulation, and good cause appearing, the request for an extension of time is GRANTED. The Commissioner shall have an extension of time to March 1, 2023, to respond to the complaint. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**January 26, 2023**__        /s/ *Barbara A. McAuliffe*_
                                                                   UNITED STATES MAGISTRATE JUDGE

1