UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES HARRIGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:22-cv-1384 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 15)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF DANIEL TRICE AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Timothy James Harrigan and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on February 17, 2023. (Doc. 15.) Pursuant to the terms of the stipulation, "the Commissioner will offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision." (*Id*. at 1.) The parties agree the medical record—including opinions and prior administrative medical findings— and Plaintiff's functional capacity shall be re-evaluated. (*Id.* at 2.) Further, as needed, the Commissioner shall obtain vocational expert testimony and resolve any conflicts between the vocational testimony and the Dictionary of Occupational Titles." (*Id.*) Finally, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id*.) Based upon the terms of the stipulation, the Court **ORDERS**:

1

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Timothy James Harrigan and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __February 17, 2023__                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES DISTRICT JUDGE